

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re Paula Miller

Appellate case number:    01-13-00973-CV

Trial court case number:  65767

Trial court:              149th District Court of Brazoria County

     Relator, Paula Miller, has filed a "Motion for Rehearing *En Banc* on Relator's Motion for Emergency Stay." We **deny** the motion.

     It is so ORDERED.


Judge's signature:/s/ Jane Bland
            ☒ Acting for the Court

            Panel consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.


Date:  December 12, 2013